---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

---

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Fasttrak Foods, LLC** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **47-3640334** |

4.  Debtor's address

**Principal place of business**

**45585 Commerce St.**
**Indio, CA 92201**
Number, Street, City, State & ZIP Code

**Riverside**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  Debtor's website (URL)    **http://www.fasttrakfoods.com/**

6.  Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor    **Fasttrak Foods, LLC**
_____    Case number (*if known*) _____
         Name

**7.    Describe debtor's business**    A.  *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B.  *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
       See http://www.uscourts.gov/four-digit-national-association-naics-codes.

       ____

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **Fasttrak Foods, LLC** | Case number *(if known)* |
|--------|------------------------|--------------------------|
| | Name | |

---

**11.  Why is the case filed in *this district?***

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.

- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☑ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor   **Fasttrak Foods, LLC**                                              Case number (if known) _____
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**      The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**of authorized**
**representative of debtor**          I have been authorized to file this petition on behalf of the debtor.

                                      I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                      I declare under penalty of perjury that the foregoing is true and correct.

                                      Executed on   08 / 07 / 2020
                                                    MM / DD / YYYY

                                      _____          **Steven Hamilton**
                                      Signature of authorized representative of debtor    Printed name

                                      Title   **Manager**

**18. Signature of attorney**    X _____          Date   08 / 07 / 2020
                                 Signature of attorney for debtor                    MM / DD / YYYY

                                 **Crystle J. Lindsey 281944**
                                 Printed name

                                 **Weintraub & Selth, APC**
                                 Firm name

                                 **11766 Wilshire Boulevard**
                                 **Suite 1170**
                                 **Los Angeles, CA 90025**
                                 Number, Street, City, State & ZIP Code

                                 Contact phone   **(310) 207-1494**    Email address   **crystle@wsrlaw.net**

                                 **281944 CA**
                                 Bar number and State

# RESOLUTIONS

## OF THE BOARD OF DIRECTORS OF

## FASTTRAK FOODS, LLC

The undersigned, being the authorized representative of the Board of Directors of Fasttrak Foods, LLC, does hereby certify that the following resolutions are adopted by the Board:

RESOLVED that Steven Hamilton, Chief Executive Officer, is authorized to execute and file or cause to be filed a petition under Chapter 11 of the United States Bankruptcy Code on behalf of Fasttrak Foods, LLC.

RESOLVED that the filing of a Chapter 11 case on behalf of Fasttrak Foods, LLC is in the best interests of the corporation, its shareholders and creditors.

RESOLVED that Weintraub & Selth, APC is retained to act as general bankruptcy counsel in that proceeding.

RESOLVED that Steven Hamilton is the party designated to act on behalf of Fasttrak Foods, LLC. in all matters pertaining to the Chapter 11 proceeding including, but not limited to providing direction to counsel, executing documents, and appearing in Court and at the 341 (a) Meeting of Creditors as necessary.

Dated:  August  7 , 2020

Steven Hamilton, Chief Executive Officer
Fasttrak Foods, LLC

Fill in this information to identify the case:

Debtor name      **Fasttrak Foods, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   8/7/2020          _____
                              Signature of individual signing on behalf of debtor

                              **Steven Hamilton**
                              Printed name

                              **Manager**
                              Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Fasttrak Foods, LLC** | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Prime Distribution Services, Inc. PO Box 74824 Chicago, IL 60694-4824** | | **Services** | | | | **$231,228.26** |
| **JB Hunt PO BOX 847977 Dallas, TX 75284** | | **Vendor** | | | | **$228,864.93** |
| **Henk Lenard Trust/ Craig Grantham 2260 Douglas Blvd Ste 150 Roseville, CA 95661** | | **Vendor** | | | | **$160,387.30** |
| **HSA Packing Systems 14310 Gannet Street La Mirada, CA 90638** | | **Services** | | | | **$134,534.35** |
| **Totai America Inc. 19675 Mariner Ave. Torrance, CA 90503** | | **Vendor** | | | | **$122,425.35** |
| **Pegasus Peak LLC c/o Haven Properties One Harbor Drive, Suite 205 Sausalito, CA 94965** | | **Warehouse Leasehold for 45585 Commerce Street, Indio, CA 92201** | | | | **$119,239.81** |
| **CH Robinson Company PA Timothy Fafenski 3411 Brei Kessel Road Independence Maple Plain, MN 55359** | | **Vendor** | | | | **$115,939.23** |
| **Strive Logistics LLC PO Box 88266 Chicago, IL 60680** | | **Vendor** | | | | **$98,959.07** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

| Debtor | **Fasttrak Foods, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CDB Packaging 2058 N. Mills Ave #246 Claremont, CA 91711 | | Services | | | | $84,273.00 |
| The Mennel Milling Company PO Box 806 Fostoria, OH 44830 | | Vendor | | | | $82,953.40 |
| California Packaging 845 N. Euclid Avenue Ontario, CA 91762 | | Vendor | | | | $51,254.84 |
| Silverline Transportation Inc. 6350 Iris Ct Corona, CA 92880 | | Vendor | | | | $48,000.00 |
| Nebraska Popcorn Sales, Inc 85824 519th Ave Clearwater, NE 68726 | | Vendor | | | | $46,750.00 |
| Capital Food Co 13930 Mica Street Santa Fe Springs, CA 90670 | | Vendor | | | | $43,764.10 |
| Knobbe Martens 12790 El Camino Real San Diego, CA 92130 | | Vendor | | | | $41,968.80 |
| MDP Supply 1030 Calle Sombra Suite A San Clemente, CA 92673 | | Vendor | | | | $39,250.07 |
| Berger, Williams & Reynolds, LLP 401 B Street Suite 2000 San Diego, CA 92101 | | Legal Fees | | | | $31,218.63 |
| Liberty Mutual Insurance PO BOX 85834 San Diego, CA 92186 | | Services | | | | $30,774.68 |
| Consumer Connection, Inc. 1200 Whitman Court NE Renton, WA 98059 | | Services | | | | $30,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fasttrak Foods, LLC**                                        Case number *(if known)* _____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Outlook Group 6430 E. Slauson Avenue Los Angeles, CA 90040** | | **Services** | | | | **$29,961.60** |

Official form 204            Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims            page 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Crystle J. Lindsey 281944**<br>**11766 Wilshire Boulevard**<br>**Suite 1170**<br>**Los Angeles, CA 90025**<br>**(310) 207-1494 Fax: (310) 442-0660**<br>California State Bar Number: 281944 CA<br>**crystle@wsrlaw.net** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Fasttrak Foods, LLC** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __18__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _8/7/2000_

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Fasttrak Foods, LLC
45585 Commerce St.
Indio, CA 92201


Crystle J. Lindsey
Weintraub & Selth, APC
11766 Wilshire Boulevard
Suite 1170
Los Angeles, CA 90025


1 Word Sync
PO BOX 78000
Detroit, MI 48278-1341


AAAC Air Compressor
48423 Hepburn DR
Indio, CA 92201


Abolfath Hosseinioun
& Shahdeh Shooantary
1 Harbor Drive, Suite 205
Sausalito, CA 94965


Acorn Paper Products
3686 E. Olympic Boulevard
Los Angeles, CA 90023


Adams Vegetable Oils Inc.
2250 King Court #50
San Luis Obispo, CA 93401


Alfredo Higuera
82267 Bliss Ave
Indio, CA 92201

All Valley Steel Supply
77-971 Wildcat Drive Suite E
Palm Desert, CA 92211


ArcBest
PO BOX 10048
Fort Smith, AR 72917-0048


Ascent Global Logistics
PO BOX 95000
Chicago, IL 60694-5000


ATS Logistics
PO BOX 1450
Minneapolis, MN 55485


Auptix
240 S. Cedros Ave., Ste B
Solana Beach, CA 92075


Berger, Williams & Reynolds, LLP
401 B Street Suite 2000
San Diego, CA 92101


Blue Grace Logistics Dept. 108
PO BOX 4964
Houston, TX 77210


Brian M. Lewis, Attorney at Law
44-700 Village Court Suite 100
Palm Desert, CA 92260

Buckeye Business Products
PO BOX 392340
Cleveland, OH 44193


Bunge Milling Inc
1405 Norman Crete
Crete, NE 68333


C & C Packaging LLC
PO BOX
220772
Newhall, CA 91322


C Cretors and Company
176 Mittel Dr
Wood Dale, IL 60191


CA Dept. of Tax and Fee Admin.
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279-0029


California Packaging
845 N. Euclid Avenue
Ontario, CA 91762


Capital Food Co
13930 Mica Street
Santa Fe Springs, CA 90670


CDB Packaging
2058 N. Mills Ave #246
Claremont, CA 91711

CH Robinson Company
PA Timothy Fafenski 3411
Brei Kessel Road Independence
Maple Plain, MN 55359


Chart & Foster Co.
Eric Arcacha 150 Chapel Street
Lincoln, RI 02865


Christopher Pyle CPA
71-687 Highway 111, Suite 203
Rancho Mirage, CA 92270


City of Indio
Finance Departm 100 Civic
Center Mall
Indio, CA 92201


City of Indio Alarm Program
PO BOX 142708
Irving, TX 75014-2708


CJ Rigging
2939 Twin City Drive
Mandan, ND 58554


Claudia A. Santoya
c/o V. Ruggles
1717 E. Vista Chino, Suite A7
Palm Springs, CA 92262


Co- Sales Company- Intermountain
2700 N. 3rd Street Suite 1000
Phoenix, AZ 85004

Co- Sales Company-AZ
3410 E University Drive Suite 100
Phoenix, AZ 85034


Co- Sales Northwest
8740 SW Sciffins Street Tigard
Portland, OR 97223


Co- Sales Nothern California
7133 Koll Center Parkway Suite 200
Moraga, CA 94556


Co- Sales Southern California
13245 Riverside Dr. Ste 540
Sherman Oaks, CA 91423


Cole- Parmer
625 East Bunker Court
Vernon Hills, IL 60061-1844


Commercial Creamery Company
159 South Cedar Street
Spokane, WA 99201


Consumer Connection, Inc.
1200 Whitman Court NE
Renton, WA 98059


Cousins Logistics
PO BOX 150305
Ogden, UT 84415-0305

Culligan of Ontario
1925 Burgandy PI
Ontario, CA 91761-3170


Dependable Highway Express
PO BOX 58047
Los Angeles, CA 90058-0047


Desert Cornerstone Insurance Servic
81-713 Highway 111, Suite E
Indio, CA 92201


Diamond Packging Services
4257 W. Drummond Ave Unit G
Chicago, IL 60639


Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Employment Development Dept.
Bankruptcy Group MIC 92G
P.O. Box 826880
Sacramento, CA 94280-0001


EMR Concessions
3815 Mule Creek Court
San Bernardino, CA 92407


Endura Steel
17671 Bear Valley Rd
Hesperia, CA 92345

```
FedEx
PO BOX 21415
Pasadena, CA 91185-1415


Finkel Law Firm, LLC
1201 Main St Suite 1800
Columbia, SC 29201


Five F's Trucking
PO BOX 600
Thermal, CA 92274


Forklift Battery Restore
14862 Province Circle
Moreno Valley, CA 92555


Franchise Tax Board
PO BOX 942857
Sacramento, CA 94257-0511


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Fusion Transport
1621 Hutton Dr. Ste 140
Carrollton, TX 75006


Gelson's
PO BOX 512256
Los Angeles, CA 90051-0256
```

George Garcia
12128 Imperial Hwy Apt. #7
Norwalk, CA 90650


Global Transport Logistics, Inc
PO BOX 67066
Newark, NJ 07101-8082


Globaltranz
PO BOX 6348
Scottsdale, AZ 85261


Google LLC
1600 Amphitheatre
Mountain View, CA 94043


GS1 US, Inc
PO BOX 7800
Detroit, MI 48278-1271


Harlow HRK
2501 Neff Rd.
Dayton, OH 45414


Hawthorne Lift Systems
8575 Cherry Ave
Fontana, CA 92335


Henk Lenard Trust/ Craig Grantham
2260 Douglas Blvd Ste 150
Roseville, CA 95661

HSA Packing Systems
14310 Gannet Street
La Mirada, CA 90638


Hygiene
941 Avenida Acaso
Camarillo, CA 93012


IE Woodworking Inc.
PO BOX 9542
Alta Loma, CA 91701


Imperial Irrigation District
PO BOX 937
Imperial, CA 92251


Incorporate.com
PO BOX 826447
Philadelphia, PA 19182-6447


Indio Water Authority
Avenue 45
Indio, CA 92201


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jake's Finer Foods, Inc.
13400 Hollister Dr,
Houston, TX 77251

JB Hunt
PO BOX 847977
Dallas, TX 75284


JBS Logistcs
PO BOX 809317
Chicago, IL 60680-9317


Jear Logistcs
3409 Salterbeck Street
Mount Pleasant, SC 29466


Jerry Lessard
37853 38th Ave. South
Auburn, WA 98001


Kimball Midwest
L- 2780
Columbus, OH 43260-2780


Knobbe Martens
12790 El Camino Real
San Diego, CA 92130


Kreative Group
210 S E 34th Street
Bentonville, AR 72712


Law Office of Matt H. Morris
47040 Washinton St., Ste 3201
La Quinta, CA 92253

Lewis & Wilkins
500 Festival Building 21 Virginia
Avenue
Indianapolis, IN 46204


Liberty Mutual Insurance
PO BOX 85834
San Diego, CA 92186-5834


Liberty Mutual Insurance
PO BOX 85834
San Diego, CA 92186


Littler  Mendelson P.C.
PO BOX 207137
Dallas, TX 75320


McDermott Will & Emery
2049 Century Park East Suite 3200
Los Angeles, CA 90067


MDP Supply
1030 Calle Sombra Suite A
San Clemente, CA 92673


Merieux NutriSciences
PO BOX 206972
Dallas, TX 75320-6972


Mettler- Toledo Safeline
6005 Benjamin Road Tampa
Tampa, FL 33634-5145

National Freight Logistics
3150 N Weber Ave.
Fresno, CA 93722


Nebraska Popcorn Sales, Inc
85824 519th Ave
Clearwater, NE 68726


New Mill Capital Holdings, LLC
50 Louis Stree NW Suite 601
Grand Rapids, MI 49503


New Wave Converting
14808 Whittram Ave
Fontana, CA 92335


One Point Logistics, Inc
Dept CH 17852
Palatine, IL 60055-7582


OTR Transportation , Inc,.
344 N OGDEN AVE #4
Chicago, IL 60607


Outlook Group
6430 E. Slauson Avenue
Los Angeles, CA 90040


Pegasus Peak LLC
c/o Haven Properties
One Harbor Drive, Suite 205
Sausalito, CA 94965

Peters & Freedman, L.L.P.
191 Calle Magdalena, Suite 220
Encinitas, CA 92024


PLS Logistics Services
PO BOX 8537
Carol Stream, IL 60197-8537


Pope, Berger, Williams & Reynolds,
401 B Street Suite 2000
San Diego, CA 92101


Powerful Pest Management
PO BOX 166
La Quinta, CA 92247


Praxair Distribution Inc
Dept LA 21511
Pasadena, CA 91185


Preferred Popcorn
1132 9th Road
Chapman, NE 68827


Prime Distribution Services, Inc.
PO Box 74824
Chicago, IL 60694-4824


Rieke
1200 Valley House Dr. #100
Rohnert Park, CA 94828

RJW Logistics, Inc..
5858 Westheimer Rd #500
Houston, TX 77057


Rover Armstrong
75100 Mediterranean
Palm Desert, CA 92211


Rps Lemac & Assocites, Inc.
701 S. Parker St., #6200
Orange, CA 92868


SAIA Motor Freight Line, LLC
PO Box 730532
Dallas, TX 75373-0532


Seiler Schindel PLLC
PLLC 5901 Cedar Lake Road
Minneapolis, MN 55416


Shasta Fire Protection, Inc
72120 Northshore Street #C
Thousand Palms, CA 92276


Sherri Rosen
5812 N. 12th St Unit 32
Phoenix, AZ 85014


Sierra Packaging & Converting, LLC
11005 Stead Blvd
Reno, NV 89506

Silverline Transportation Inc.
6350 Iris Ct
Corona, CA 92880


Sprint Wireless
6391 Sprint Parkway
Overland Park, KS 66251-4300


Strive Logistics LLC
PO Box 88266
Chicago, IL 60680


Sysco Foods
15750 Meridian Parkway
March Air Reserve Base, CA 92518


Tapatio  Foods LLC
4685 District Blvd Vernon
Los Angeles, CA 90058


The Company Corporation
P.O. Box 826447
Philadelphia, PA 19182-6447


The Gas Company
PO Box C
Monterey Park, CA 91756-5111


The Mennel Milling Company
PO Box 806
Fostoria, OH 44830

Thompson, Dunlap & Heydinger, LTD
1111 Rush Avenue PO Box 68
Bellefontaine, OH 43311

Todd's Specialized Rigging, LLC.
520 Rock Island Rd
Oelwein, IA 50662

Totai America Inc.
19675 Mariner Ave.
Torrance, CA 90503

Total Quality Logistics
PO BOX 634558
Cincinnati, OH 45263-4558

Trans-Pro Logistics
 1320 Route 9 Suite 3500
Champlain, NY 12919

Travelers Insurance
81713 HWEY 111 Ste E
Indio, CA 92201

Triangle Package Machinery Company
6655 W. DIVERSEY AVE
Elmwood Park, IL 60707-2293

Trident Transport LLC
1428 Chestnut Street Ste. 114
Chattanooga, TN 37402

Uline
PO Box 88741
Chicago, IL 60680


UPS Freight
1000 Semmes Avenue
Richmond, VA 23218-1216


UPS-HM
55 Glenlake Parkway NE
Atlanta, GA 30328


VIBCO Equipment
75 Stilson Road
Wyoming, RI 02898


Vpet Plastics
12925 Marley Avenue
Fontana, CA 92337


Wageworks
P.O. Box 226101
Dallas, TX 75222


Weaver Popcorn Bulk, LLC
645 W. Carmel Drive, Suite 180
Carmel, IN 46032


Weaver Popcorn Company
Remittance Drive Suite 1235
Chicago, IL 60675-1235

Xpo Solutions
1011 State St. Suite 150
Lemont, IL 60439


YRC Freight
PO Box 100129
Pasadena, CA 91189-0003